UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE RECEIVABLES EXCHANGE, LLC | CIVIL ACTION |
| VERSUS | NO: 14-668 |
| ADVANCED TECHNOLOGY SERVICES, INC., ET AL | SECTION: "H"(4) |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Determination of Professional Fees and Costs (R. Doc. 49) is **GRANTED**, and The Receivables Exchange, LLC is awarded reasonable attorney's fees in the amount of $6,908.08, and costs in the amount of $1,026.61, for a total award of $7,934.69, to be paid by Advance Technology Services, Inc. no later than twenty one (21) days of the issuance of this Order.

New Orleans, Louisiana, on this 18th day of May, 2015.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**